UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-60169-ALTMAN

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

**KATRINA BROWN,**

    *Defendant.*
_____/

FILED BY_____D.C.

DEC 2 1 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## FACTUAL PROFFER

The United States of America and Defendant KATRINA BROWN ("Defendant") agree that, had this case gone to trial, the United States would have proven, beyond a reasonable doubt, the following facts, among others, which occurred in Miami-Dade County, in Broward County, in the Southern District of Florida, and elsewhere:

### *Overview of PPP Loans*

The Coronavirus Aid, Relief, and Economic Security ("CARES") Act was designed to provide emergency financial assistance to those suffering the economic effects caused by the COVID-19 pandemic. One source of relief provided by the CARES Act is the PPP, which authorized forgivable loans to small businesses for job retention and certain other expenses. In the PPP loan application, the small business must state, among other things, its average monthly payroll expenses, and number of employees. The PPP allows the interest and principal on the PPP loan to be entirely

forgiven if the business spends the loan proceeds on certain permissible expense items and uses a certain amount of the PPP loan proceeds on payroll expenses.

### *Fraudulent Applications*

On or about July 30, 2020, the Defendant, then a full time Broward County Sheriff's Office employee, signed and certified an application for a PPP loan that falsely represented that she operated as a sole proprietor with an average monthly payroll in 2019 of $7,331. In support, the Defendant submitted a falsified 2019 Internal Revenue Service Form Schedule C with the application representing a gross revenue of $96,152 with a net profit of $87,972. As a result of her application, on or about August 3, 2020, an SBA approved lender funded an $18,327 PPP loan, through interstate wire communications, into the Defendant's PNC Bank Account ending in #8778.

On or about March 11, 2021, the Defendant, still a full time Broward County Sheriff's Office employee, again signed and certified an application for a PPP loan that falsely represented that she operated as a sole proprietor with an average monthly payroll in 2019 of $7,331. In support, the Defendant submitted a falsified 2019 Schedule C with the application showing a gross revenue of $96,152 with a net profit of $87,972. As a result, on or about March 23, 2021, an SBA approved lender funded a $25,658 PPP loan, via interstate wire communications, into the Defendant's PNC Bank Account ending in #8778.

[Remainder of Page Intentionally Left Blank]

The Defendant agrees that the aforementioned facts satisfy the elements of wire fraud, in violation of Title 18, United States Code, Section 1343, as charged in Counts 1 and 2 of the Indictment.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

DATE: 11/30/2023      BY: _____
                          TREVOR C. JONES
                          ASSISTANT UNITED STATES ATTORNEY

DATE: 12/21/2023      BY: _____
                          KRISTI KASSEBAUM
                          COUNSEL FOR DEFENDANT

DATE: 12/21/2023      BY: _____
                          KATRINA BROWN
                          DEFENDANT